# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| V. | **(For a Petty Offense)** - Short Form |
| KELLY J. PRICE | CASE NUMBER: DVAW715MJ000164-001 |
| | CASE NUMBER: |
| | USM NUMBER: |
| | WAIVED |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ THE DEFENDANT pleaded guilty to count(s)   1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 USC 1701 | Obstruction of Mail | 10/13/2015 | 1 |

☐ Count(s) _____

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | **Fine** | **Processing Fee** |
| --- | --- | --- | --- |
| **Total:** | $ 10.00 | $ 150.00 | $ |

It is further ordered that the assessment and fine shall be paid in full within 30 days.

Defendant's Soc. Sec. No.:   8207

Defendant's Date of Birth:   1967

Defendant's Residence Address:
Sutherlin, VA

12/17/2015
Date of Imposition of Judgment

*Robert S. Ballou*
Signature of Judge

Robert S. Ballou, United States Magistrate Judge
Name and Title of Judge

December 23, 2015
Date

Defendant's Mailing Address:
Sutherlin, VA